# Demovsky Lawyer Service
**Premier Nationwide Document Retrieval and Process Service Company**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------X

**ASMARA, INC.,**
        Plaintiff(s),

Index No. 04-10729 WGY

-against-

AFFIDAVIT OF SERVICE

**STARK CARPET CORPORATION,
PRESTIGE MILLS INC. d/b/a CONCEPTS
INTERNATIONAL STEPHEN STARK, and
JOHN S. STARK**
        Defendant(s).
-----------------------------------------------------------X

STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 13th day of April 2004, at approximately the time of 3:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND CIVIL COVER SHEETS** upon Stark Carpet Corporation at 979 Third Avenue, New York, NY 10022, by personally delivering and leaving the same with Allen Komnick, Security Guard, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Allen Komnick is a white male, approximately 35 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 230 pounds with brown hair and light eyes wearing glasses.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
16th day of April, 2004

_____
NOTARY PUBLIC

EDWARD DANIEL GOLD
Notary Public, State Of New York
NO. 31-5062405
Qualified In NY County
Certificate Filed In New York County
Commission Expires July 1, 2006

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com

✥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ASMARA, INC.

                 **SUMMONS IN A CIVIL CASE**

V.

STARK CARPET CORP.,
PRESTIGE MILLS, INC. d/b/a       CASE NUMBER:
CONCEPTS INTERNATIONAL
STEPHEN STARK, and
JOHN S. STARK                **04-10729 WGY**

TO: (Name and address of Defendant)

Stark Carpet Corporation
979 Third Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within    10    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

                                                    4-12-04

CLERK                                                DATE

(By) DEPUTY CLERK