**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------X

**ASMARA, INC.,**

        Plaintiff(s),

Index No. 04-10729 WGY

-against-

AFFIDAVIT OF SERVICE

**STARK CARPET CORPORATION,
PRESTIGE MILLS INC. d/b/a CONCEPTS
INTERNATIONAL STEPHEN STARK, and
JOHN S. STARK**

        Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK )
                      S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 13th day of April 2004, at approximately the time of 3:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND CIVIL COVER SHEETS** upon John S. Stark at 979 Third Avenue, New York, NY 10022, by personally delivering and leaving the same with Allen Komnick, Security Guard, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if John S. Stark is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Allen Komnick is a white male, approximately 35 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 230 pounds with brown hair and light eyes wearing glasses.

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval and Process Service Company

That on the 15th day of April 2004, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to John S. Stark at 979 Third Avenue, New York, NY 10022, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
16th day of April, 2004

_____
NOTARY PUBLIC

HOWARD DANIEL GOLD
Notary Public, State Of New York
NO. 31-5062405
Qualified In NY County
Certificate Filed In New York County
Commission Expires July 1, 2006

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

ASMARA, INC.

V.

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK, and
JOHN S. STARK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10729 WGY

TO: (Name and address of Defendant)
John S. Stark
979 Third Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong LLP
One Bowdoin Square
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___10___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



DATE  4-12-04

(By) DEPUTY CLERK