THE LAW OFFICES OF
# BENNETT DAVID KRASNER
1233 Beech Street, No. 49
Atlantic Beach, New York 11509
(516) 889-9353   Fax (516) 432-7016
New York Office
747 Third Avenue
New York, New York 10017
(212) 588-0330   Fax (212) 588-0440

Of Counsel

Bonnie Ellen Krasner                                    Reply To: **Long Island Office**

April 22, 2004

Clerk of the Court
United States District Court
District of Massachussetts
1 Courthouse Way
Boston, MA 02210

**RE: Case Number: 04-1072WGY**
**Asmara, Inc. v. Stark Carpet Corporation, Prestige Mills,**
**Inc. d/b/a Concepts International, Stephen Stark and John Stark**

Dear Clerk of the Court:

Please be advised that the undersigned is the New York attorney for the Defendants in the above referenced matter.

I have discussed the above referenced matter with Plaintiff's attorney who has agreed to an extension of time for Defendants to answer or otherwise respond to the Complaint in the above matter through to and including May 21, 2004.

I am unfamiliar with the procedure in your Court; however, Plaintiff's attorney advised that he does not believe the extension needs to be "so ordered". However, in the event that our understanding is incorrect please advise and I will forward whatever papers are required to conform to the Court's direction.

Enclosed please find a copy of my letter to Plaintiff's attorney regarding this matter. Thank you for your anticipated professional courtesy and cooperation.

Very truly yours,

BENNETT D. KRASNER, ESQ.
BDK:bp
Enc.

THE LAW OFFICES OF
# BENNETT DAVID KRASNER
1233 Beech Street, No. 49
Atlantic Beach, New York 11509
(516) 889-9353   Fax (516) 432-7016
New York Office
747 Third Avenue
New York, New York 10017
(212) 588-0330   Fax (212) 588-0440



Of Counsel
Bonnie Ellen Krasner

Reply To: **Long Island Office**

April 22, 2004

William S. Strong, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

**RE: Asmara Inc. v. Stark Carpet Corporation etc.**

Dear Mr. Strong:

This will confirm our understanding that you have agreed to extend the time for the defendants in the above referenced matter to answer or otherwise respond to the Complaint through to and including May 21, 2004.

Pursuant to our conversation it is my understanding from you that this extension is not require to be "so ordered" by the Court. However, in the event that my understanding is incorrect, enclosed please find a copy of my letter to the Court regarding this agreement.

If you have any questions please call me at 516-889-9353. Thank you for your professional courtesy and cooperation.

Very truly yours,

s/ Btt D. Krasner

BENNETT D. KRASNER, ESQ.
BDK:bp
By facsimile to: 617-367-2988
and by regular mail