IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSSETTS

ASMARA, INC.,

    Plaintiff,

        Civil Action No. 04-10729WGY

-v-

Judge:
The Honorable William G. Young

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK and
JOHN S. STARK,

    Defendants.

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT
("Assented to")

Defendants, Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John S. Stark, move the Court to extend the period of time within which to answer, plead or otherwise move in response to the Complaint of Plaintiff, Asmara, Inc. up to and including May 21, 2004.

The Complaint was served on Defendants on or about April 14, 2004. This is the first extension of time in this action. The present motion for an extension of time is to permit the parties to explore the alternatives to the present litigation. The principals of Plaintiff and Defendants through counsel, are discussing arranging a meeting, with counsel present, to discuss settlement.

The undersigned, as counsel for Defendants, hereby certifies, in accordance with the local rules, that the present motion has been "assented to" by the Plaintiff's counsel. Counsel for Plaintiff, William S. Strong, Esq., of Kotin, Crabtree & Strong LLP, agreed to the extension by telephone during a conversation with the proposed visiting attorney, Bennett D. Krasner, Esq.

Respectfully submitted,

_____
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendants
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. 516-889-9353

and by:

_____
Owen J. Meegan, Esq.
Local Counsel
65 Dearborn Street
Salem, MA 01970
Tel. 978-745-0219

## CERTIFICATE OF SERVICE

I, Owen J. Meegan, hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to the Complaint, was mailed to Amy C. Mainelli, Esq., Kotin, Crabtree & Strong LLP, One Bowdoin Square, Boston, MA 02114, by first class United States' mail this 26th day of Apl, 2004.

_____
Owen J. Meegan, Esq.