IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSSETTS

FILED
CLERKS OFFICE
2004 JUN -4  A 9: 18
U.S. DISTRICT COURT
DISTRICT OF MASS

ASMARA, INC.,
          Plaintiff,

Civil Action No. 04-10729WGY

-v-

Judge:
The Honorable William G. Young

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK and
JOHN S. STARK,
          Defendants.

**MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT
("Assented to")**

Defendants, Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John S. Stark, move the Court to extend the period of time within which to answer, plead or otherwise move in response to the Complaint of Plaintiff, Asmara, Inc. up to and including July 2, 2004 (from original agreed date of May 21, 2004).

The Complaint was served on Defendants on or about April 14, 2004. This is the third extension of time in this action. The present motion for an extension of time is to permit the parties to explore the alternatives to the present litigation. Counsel for all parties have maintained telephone contact throughout this period. As previously stated, the principals of Plaintiff and Defendants through counsel, are discussing arranging a meeting, with counsel present, to discuss settlement. It is Defendants' counsel's understanding, that Plaintiff has recently returned from abroad. Counsel for all parties have discussed certain information and are gathering additional

information so that any meeting will be more meaningful. It is hoped and anticipated that the meeting will either happen or, at the least, be scheduled during this extension period.

The undersigned, as counsel for Defendants, hereby certifies, in accordance with the local rules, that the present motion has been "assented to" by the Plaintiff's counsel. Counsel for Plaintiff, William S. Strong, Esq., of Kotin, Crabtree & Strong LLP, agreed to the extension by telephone during a conversation with the visiting attorney, Bennett D. Krasner, Esq.

Respectfully submitted,

_____
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendants
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. 516-889-9353

Owen J. Meegan, Esq.
Local Counsel
65 Dearborn Street
Salem, MA 01970
Tel. 978-745-0219

## CERTIFICATE OF SERVICE

I, Bennett D. Krasner, hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to the Complaint, was mailed to Amy C. Mainelli, Esq., Kotin, Crabtree & Strong LLP, One Bowdoin Square, Boston, MA 02114, by first class United States' mail this 3rd day of June, 2004.

*/s/ Bennett D. Krasner*

Bennett D. Krasner, Esq.