IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -2 A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

ASMARA, INC.,
          Plaintiff,

Civil Action No. 04-10729WGY

-v-

Judge:
The Honorable William G. Young

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK and
JOHN S. STARK,
          Defendants.

**DISCLOSURE STATEMENT
FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, Stark Carpet Corporation and Prestige Mills, Inc., hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Atlantic Beach, New York
June 28, 2004

Respectfully submitted,

Bennett D. Krasner, Esq. (bk 8375)
Attorney for Defendants
1233 Beech Street #49
Atlantic Beach, NY 11509
Tel. 516-889-9353

Owen J. Meegan, Esq.
Local Counsel for Defendants
65 Dearborn Street
Salem, MA 01970
Tel. 978-745-0219

## CERTIFICATE OF SERVICE

I, Bennett D. Krasner, hereby certify that a true and correct copy of the foregoing Disclosure Statement pursuant to FRCP 7.1, was mailed to Amy C. Mainelli, Esq., Kotin, Crabtree & Strong LLP, One Bowdoin Square, Boston, MA 02114, by Airborne Express this 1st day of July, 2004.

_____
Bennett D. Krasner, Esq.