UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION,)<br>PRESTIGE MILLS, INC. d/b/a )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK, and )<br>JOHN S. STARK, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10729WGY |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit the following statement pursuant to L.R. 16.1(D).

I. **Proposed Discovery Plan**

The parties will make their initial disclosures under FRCP 26(a)(1) within fourteen (14) days following their Rule 16 conference with the Court.

The parties believe that phased discovery is probably not necessary in this matter as the factual issues in the case are not complex, and combining discovery on liability and damages will be more efficient than phased discovery. Based on the information available to them at present, the parties anticipate that each of them will take no more than five depositions, make at most two sets of document requests, and propound at most 25 interrogatories. However, the parties agree that these limits should be considered flexible so as to permit additional discovery should issues arise that make it necessary.

As of this date, the parties anticipate no expert testimony or discovery.

On the basis of the foregoing assumptions, the parties propose that discovery close by April 30, 2005.

II.   **Proposed Schedule for Filing of Motions**

The parties propose the following schedule. All dates are outside dates by which the motions described, with initial supporting briefs, shall be filed.

| | |
|---|---|
| December 31, 2004 | All motions pursuant to FRCP Rules 12, 15, 19 & 20 |
| May 31, 2005 | Dispositive motions pursuant to FRCP Rule 56 |
| _____ | Status conference |
| _____ | Final pretrial conference |

III.   **Certifications**

The parties' certifications under Local Rule 16.1(D)(3) will be filed with the Court at the time of the Scheduling Conference, which is scheduled for September 15, 2004.

IV.   **Consideration of Trial by Magistrate Judge**

The parties do not at this time consent to trial of this matter by a Magistrate Judge.

ASMARA, INC., Plaintiff,

By its attorneys,

_P Sep-04_
Date

_/s/ William S. Strong_
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK, and
JOHN S. STARK,
Defendants,

By their attorneys:

Bennett D. Krasner, Esq. (bk 8375)
1233 Beech St. #49
Atlantic Beach, NY 11509
Tel: 516-889-9353

Owen J. Meegan, Esq.
Local Counsel
65 Dearborn Street
Salem, MA 01970
978-745-0219

WSS/Asmara/Stark*/joint3c*

3