UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARK CARPET CORPORATION, <br> PRESTIGE MILLS, INC. d/b/a/ <br> CONCEPTS INTERNATIONAL, <br> STEPHEN STARK and JOHN S. STARK <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-10729-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The undersigned, David M. Magee, hereby notices his appearance as counsel to the defendants Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark, and John S. Stark.

Dated:   Boston, Massachusetts
         September 10, 2004

                                        Respectfully submitted,


                                        /s/ David M. Magee.           .
                                        David M. Magee, BBO #652399
                                        **BINGHAM McCUTCHEN LLP**
                                        150 Federal Street
                                        Boston, Massachusetts 02110
                                        Tel: (617) 951-8000

LITDOCS/567470.1

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by facsimile and mail on September 10, 2004.

                              /s/ David M. Magee        .
                                David M. Magee, BBO #652399