UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 04-10729-WGY |
| STARK CARPET CORPORATION, ) | |
| PRESTIGE MILLS, INC. d/b/a/ ) | |
| CONCEPTS INTERNATIONAL, ) | |
| STEPHEN STARK and JOHN S. STARK ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

The undersigned, Victor H. Polk, Jr., hereby notices his appearance as counsel to the defendants Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark, and John S. Stark.

Dated:   Boston, Massachusetts
         September 10, 2004

                                        Respectfully submitted,


                                        /s/ Victor H. Polk, Jr.            .
                                         Victor H. Polk, Jr., BBO #546099
                                         **BINGHAM McCUTCHEN LLP**
                                         150 Federal Street
                                         Boston, Massachusetts 02110
                                         Tel: (617) 951-8000

LITDOCS/567470.1

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by facsimile and mail on September 10, 2004.

                                      /s/ David M. Magee              .
                                       David M. Magee, BBO #652399