UNITED STATES DISTRICT COURT<br>
for the<br>
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION,)<br>PRESTIGE MILLS, INC. d/b/a )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK, and )<br>JOHN S. STARK, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10729WGY |

**CERTIFICATION PURSUANT<br>
<u>TO LOCAL RULE 16.1(D)(3)</u>**

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1) The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2) The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

ASMARA, INC.

By:

*[signature]*
Abid Ilahi, President

And by its attorneys,

*[signature]*
William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO # 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

### CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon counsel for all defendants in this action.

9-13-04
Date

*[signature]*
Amy C. Mainelli

WSS/Asmara/Stark*/cert*