```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

ASMARA

   V

STARK
                                  CIVIL ACTION

                                  NO. 04-10729


<u>ORDER OF RECUSAL</u>

YOUNG, C.J.

    The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

                        WILLIAM G. YOUNG
                        UNITED STATES DISTRICT JUDGE

                        By the Court,

                        /s/William G. Young
                        _____
                              Deputy Clerk