UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., | ) |
|           Plaintiff, | ) |
|           v. | ) CIVIL ACTION |
| STARK CARPET CORPORATION, PRESTIGE MILLS, INC. d/b/a/ CONCEPTS INTERNATIONAL, STEPHEN STARK and JOHN S. STARK | ) NO. 04-10729-JLT |
|           Defendants. | ) |

**MOTION FOR LEAVE TO PRACTICE PRO HAC VICE**

    I, David M. Magee, a member of the Bar of this Court and an associate with the law firm of Bingham McCutchen LLP, counsel of record for Stark Carpet Corporation, Prestige Mills, Inc., Stephen Stark and John S. Stark in this case, hereby move pursuant to Rule 83.5.3 of the Local Rules of this Court that Richard S. Taffet, a partner in the New York offices of Bingham McCutchen LLP, be admitted to appear and practice in this Court in this case. Richard S. Taffet is a member in good standing of the Bar of the state of New York and the United States District Court for the Southern, Eastern, Western, and Northern Districts of New York. There are no disciplinary proceedings pending against Mr. Taffet in any jurisdiction, and Mr. Taffet is familiar with the Local Rules of this Court.

The Pro Hac Vice Certification of Richard S. Taffet in support of this motion is submitted herewith.

Dated:   Boston, Massachusetts
         September 15, 2004

                                 **STARK CARPET CORPORATION;**
                                 **PRESTIGE MILLS, INC.;**
                                 **STEPHEN STARK;**
                                 **JOHN STARK,**

                                 By their attorneys,

                                 /s/ David M. Magee                    .
                                  Victor H. Polk, Jr., BBO #546099
                                  David M. Magee, BBO #652399
                                 **BINGHAM McCUTCHEN LLP**
                                 150 Federal Street
                                 Boston, Massachusetts 02110
                                 Tel: (617) 951-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION, )<br>PRESTIGE MILLS, INC. d/b/a/ )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK and JOHN S. STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10729-JLT |

## PRO HAC VICE CERTIFICATION OF RICHARD S. TAFFET

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice pro hac vice in the above captioned matter, and states as follows:

I, Richard S. Taffet, am a partner with the firm of Bingham McCutchen LLP and have been admitted to practice in the state of New York since 1981. I am admitted to practice in United States Federal Court for the Southern, Eastern, Western, and Northern Districts of New York and the United States Court of Appeals for the Second and Sixth Circuits. I am not currently under any order of disbarment, suspension or any other disciplinary action. I will be actively associated in this litigation with the law firm of Bingham McCutchen LLP, through attorneys Victor

H. Polk, Jr. and David M. Magee who are members of the United States Federal Court for the District of Massachusetts.

I have read and familiarized myself with the Local Rules for the Federal District court for the District of Massachusetts.

Dated:   September 15, 2004

_____
Richard S. Taffet, BBO #1721182
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York 10022-4689
Tel: (212) 705-7000