# United States District Court
### District of Massachusetts

ASMARA, INC.,

                                                    CA 04-10729-JLT

   V

STARK CARPET CORPORATION, ET AL

## NOTICE

The above-entitled case has been set for **a Status Conference on November 10, 2004 at 10:00 A.M.** in <u>Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.


                                                    By the Court,

                                                    /s/ zal

                                                    Zita Lovett
                                                   Deputy Clerk

Date: November 3, 2004
CC:   All counsel of record