UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION, )<br>PRESTIGE MILLS, INC. d/b/a/ )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK and JOHN S. STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10729-JLT |

## MOTION FOR LEAVE TO PRACTICE PRO HAC VICE

I, David M. Magee, a member of the Bar of this Court and an associate with the law firm of Bingham McCutchen LLP, counsel of record for Stark Carpet Corporation, Prestige Mills, Inc., Stephen Stark and John S. Stark in this case, hereby move pursuant to Rule 83.5.3 of the Local Rules of this Court that Bennett D. Krasner, of the Law Offices of Bennett D. Krasner, be admitted to appear and practice in this Court in this case. Bennett D. Krasner is a member in good standing of the Bar of the state of New York, the United States Federal Court for the Southern and Eastern Districts of New York, and the Supreme Court of the United States. There are no disciplinary proceedings pending against Mr. Krasner in any jurisdiction, and Mr. Krasner is familiar with the Local Rules of this Court.

The Pro Hac Vice Certification of Bennett D. Krasner in support of this motion is submitted herewith.

Dated:   Boston, Massachusetts
         December 8, 2004

                                                  **STARK CARPET CORPORATION;**
                                                  **PRESTIGE MILLS, INC.;**
                                                  **STEPHEN STARK;**
                                                  **JOHN STARK,**

                                                  By their attorneys,

                                                /s/ David M. Magee                      .
                                                Victor H. Polk, Jr., BBO #546099
                                                David M. Magee, BBO #652399
                                               **BINGHAM McCUTCHEN LLP**
                                                150 Federal Street
                                                Boston, Massachusetts 02110
                                                Tel: (617) 951-8000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC.,                             ) <br> )<br> Plaintiff,   )<br> )<br> v.                                          )<br> )<br> STARK CARPET CORPORATION,      )<br> PRESTIGE MILLS, INC. d/b/a/        )<br> CONCEPTS INTERNATIONAL,         )<br> STEPHEN STARK and JOHN S. STARK )<br> )<br> Defendants.    ) | CIVIL ACTION<br>NO. 04-10729-JLT |

## **PRO HAC VICE CERTIFICATION OF BENNETT D. KRASNER**

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice pro hac vice in the above captioned matter, and states as follows: I, Bennett D. Krasner of the Law Offices of Bennett D. Krasner am admitted to practice in the state of New York. I am admitted to practice in United States Federal Court for the Southern and Eastern Districts of New York and the Supreme Court of the United States. I am not currently under any order of disbarment, suspension or any other disciplinary action. I will be actively associated in this litigation with the law firm of Bingham McCutchen LLP, through attorneys Victor H. Polk, Jr. and David M. Magee who are members of the United States Federal Court for the District of Massachusetts.

LITDOCS/569357.1

I have read and familiarized myself with the Local Rules for the Federal District court for the District of Massachusetts.

Dated:    September 20, 2004

                                              Bennett D. Krasner, (bk 8375)
                                              1233 Beech Street, No. 49
                                              Atlantic Beach, NY 11509
                                              Tel: (516) 889-9353