UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARK CARPET CORPORATION, <br> PRESTIGE MILLS, INC. d/b/a/ <br> CONCEPTS INTERNATIONAL, <br> STEPHEN STARK and JOHN S. STARK <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10729-JLT |

## Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John Stark's Local Rule 16.1(D)(3) Certificate

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: October     , 2004

10/14/2004 08:55 FAX 1 516 432 7016   BENNETT D. KRASNER, ESQ   ☒002/003

**Stark Carpet Corp.**
By:

_____
John Stark, Chairman of the Board

**Stark Carpet Corp.**
By their attorneys,

_____
Bennett D. Krasner, Esq. (bk8375)
1233 Beech Street, No. 49
Atlantic Beach, New York 11509
Tel:   (516) 889-9353
Fax:  (516) 432-7016

**Prestige Mills, Inc. d/b/a Concepts International**
By:

_____
John Stark, Chairman of the Board

**John Stark**

_____
Steven
~~Stephen~~ Stark

2