UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ASMARA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 04-10729-JLT |
| STARK CARPET CORPORATION, PRESTIGE MILLS, INC. d/b/a CONCEPTS INTERNATIONAL, STEPHEN STARK, and JOHN S. STARK, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**AMENDED JOINT STATEMENT SUBMITTED PURSUANT TO
FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff, Asmara, Inc. ("Asmara"), and Defendants, Stark Carpet Corporation, Prestige Mills, Inc., d/b/a Concepts International, Stephen Stark, and John S. Stark, collectively (the "Defendants"), submit this Amended Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1 for consideration during the initial scheduling conference in this case, which is set for Monday, December 13, 2004. The schedule included in this statement is proposed in place of the schedule included in the Joint Statement Pursuant to Local Rule 16.1(D) which was filed with this Court on September 9, 2004.

LITDOCS/580334.1

A. **Proposed Agenda for Scheduling Conference**

The parties jointly propose that the agenda for the Local Rule 16.1(A) scheduling conference include a discussion of the following topics:

1. Proposed discovery and expert discovery plan;
2. Proposed schedule for filing of motions, including dispositive motions;
3. Hearing dates for potential motions;
4. Proposed trial date;
5. Possible mediation; and
6. Settlement/alternative dispute resolution.

B. **Proposed Discovery Plan**

The parties jointly propose that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(c) and take place in accordance with the following schedule.

| Event | Date |
| --- | --- |
| 1. Close of Discovery | completed by June 30, 2005 |
| 2. FRCP Rules 12, 15, 19, & 20 Motions | served no later than February 28, 2005 |
| 3. FRCP Rule 56 Dispositive Motions | served no later than July 31, 2005 |

C. **Pretrial and Trial**

Final Pretrial Conference on or after July 31, 2005, if no dispositive motions are filed or, in the alternative, at the Court's earliest convenience after rulings have been made should dispositive motions be filed.

**D.**   **Certifications**

The certifications required by Local Rule 16.1(D)(3) are attached hereto or will be filed separately on or before the day of the conference.

**E.**   **Mediation and Trial by Magistrate**

The parties agree to consider mediation on an ongoing basis as an option for the resolution of this matter.  At this time, the parties do not consent to trial before a United States Magistrate Judge.

| | |
|---|---|
| **Asmara, Inc.** | **Regal Fabrics, Inc.** |
| By their attorneys, | By their attorneys, |
| /s/William S. Strong with permission   . | /s/David M. Magee                     . |
| William S. Strong, BBO# 483520 | Richard S. Taffet, BBO #1721182 |
| Amy C. Mainelli, BBO#657201 | Victor H. Polk, Jr., BBO #546099 |
| KOTIN, CRABTREE & STRONG, LLP | David M. Magee, BBO #652399 |
| One Bowdoin Square | BINGHAM McCUTCHEN LLP |
| Boston, Massachusetts 02114 | 150 Federal Street |
| Tel: (617) 227-7031 | Boston, Massachusetts 02110 |
| Fax: (617) 367-2988 | Tel: (617) 951-8000 |
| | Fax: (617) 951-8736 |