UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASMARA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 04-10729-JLT |
| v. | * | |
| | * | |
| | * | |
| STARK CARPET CORPORATION, | * | |
| PRESTIGE MILLS, INC. d/b/a | * | |
| CONCEPTS INTERNATIONAL, | * | |
| STEPHEN STARK, and | * | |
| JOHN S. STARK, | * | |
| | * | |
| Defendants. | * | |

ORDER

December 13, 2004

TAURO, J.

After the Status Conference held on December 13, 2004, this court hereby orders that:

1. The Parties must comply with this court's Rule 26 Discovery Order by January 31, 2005;

2. Plaintiff may depose John S. Stark and Stephen Stark;

3. Defendants may depose Abid Ilahi;

4. Depositions will be held in the state where the deponent resides;

5. The abovementioned depositions must be completed by February 28, 2005;

6. No additional discovery will be permitted without leave of this court; and

7.	A Further Conference is scheduled for March 30, 2005 at 10:00 a.m.

IT IS SO ORDERED.


                                              /s/ Joseph L. Tauro
                                        United States District Judge

Case 1:04-cv-10729-JLT   Document 27   Filed 12/13/2004   Page 2 of 2