UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION, )<br>PRESTIGE MILLS, INC. d/b/a )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK, and )<br>JOHN S. STARK, )<br>)<br>Defendants. ) | Civil Action No. 04-10729-JLT |

**JOINT MOTION**
**TO EXTEND THE DEADLINE FOR COMPLETING DEPOSITIONS**

Plaintiff Asmara, Inc. ("Asmara") and Defendants Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John S. Stark ("Defendants") hereby move that this Court extend the deadline for completing depositions from February 28, 2005 to April 29, 2005, thereby extending the date of a further conference from March 30, 2005 to sometime in May, 2005.

In support of their motion, the parties state the following:

1. Asmara filed a Complaint in this action on April 9, 2004.

2. Plaintiff and Defendants submitted a Joint Statement Pursuant to Local Rule 16.1(D) on September 8, 2004 proposing that discovery close by April 30, 2005.

3. This matter was transferred to the Honorable Joseph L. Tauro on September 14, 2004, therefore the status conference that was to be held on that date was rescheduled for November 10, 2004.

4. Plaintiff and Defendants submitted an Amended Joint Statement Pursuant to Local Rule 16.1(D) on December 9, 2004, proposing that discovery close by June 30, 2005.

5. Subsequent to the status conference, the Court issued an Order on December 13, 2004 whereby the depositions of defendants John and Stephen Stark and Abid Ilahi were to be completed by February 28, 2005.

6. The parties have repeatedly attempted to schedule such depositions, however due to the business travel of the plaintiff and the defendants to be deposed, the schedules of counsel and additional unforeseen circumstances, the parties anticipate that they will be unable to complete depositions by the current deadline.

For all these reasons, Plaintiff and Defendants request that the deadline for completing depositions be extended from February 28, 2005 to April 29, 2005, thereby extending the date of a further conference from March 30, 2005 to sometime in May, 2005.

Respectfully submitted,

ASMARA, INC.,
Plaintiff,

By its attorneys,

Dated: February 23, 2005

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)


STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK, and
JOHN S. STARK,
Defendants,

By their attorneys:

Dated: February 23, 2005

/s/ David M. Magee
Richard S. Taffet, BBO #1721182
Victor H. Polk, Jr., BBO #546099
David M. Magee, BBO#652399
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Tel:   (617) 951-8000
Fax:   (617) 951-8736

Of Counsel:
Bennett D. Krasner, Esq. (bk 8375)
1233 Beech St. #49
Atlantic Beach, NY 11509
Tel: 516-889-9353


WSS/Asmara/Stark*/motion to extend