UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARK CARPET CORPORATION, <br> PRESTIGE MILLS, INC. d/b/a <br> CONCEPTS INTERNATIONAL, <br> STEPHEN STARK, and <br> JOHN S. STARK, <br><br> Defendants. | Civil Action No. 04-10729-JLT |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE AND TO EXTEND THE DEADLINE FOR COMPLETING DISCOVERY

Plaintiff Asmara, Inc. ("Asmara") and Defendants Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John S. Stark ("Defendants") hereby move that this Court extend the deadline for completing discovery from August 31, 2005 to November 14, 2005, thereby extending the date of a further conference from September 6, 2005 to sometime the week of November 14, 2005.

In support of their motion, the parties state the following:

1. Asmara filed a Complaint in this action on April 9, 2004.

2. Plaintiff and Defendants submitted a Joint Statement Pursuant to Local Rule 16.1(D) on September 8, 2004 proposing that discovery close by April 30, 2005.

3. This matter was transferred to the Honorable Joseph L. Tauro on September 14, 2004, therefore the status conference that was to be held on that date was rescheduled for November 10, 2004.

4. Plaintiff and Defendants submitted an Amended Joint Statement Pursuant to Local Rule 16.1(D) on December 9, 2004, proposing that discovery close by June 30, 2005.

5. Subsequent to the status conference, the Court issued an Order on December 13, 2004 whereby the depositions of defendants John and Stephen Stark and Abid Ilahi were to be completed by February 28, 2005.

6. The parties jointly requested an extension for the completion of depositions, which was granted, and the Court issued an Order on May 16, 2005 whereby all further discovery was to be completed by August 31, 2005.

7. Since that time, the parties conducted depositions and have also been engaged in ongoing settlement discussions in the hopes of resolving this matter and obviating the need for any further discovery. The parties request an extension of time of approximately sixty (60) days to continue their settlement negotiations, or in the alternative to complete any outstanding discovery.

For all these reasons, Plaintiff and Defendants request that the deadline for completing discovery be extended from August 31, 2005 to November 14, 2005, thereby extending the date of a further conference from September 6, 2005 to sometime the week of November 14, 2005.

Respectfully submitted,

ASMARA, INC.,
Plaintiff,

By its attorneys,

Dated: August 31, 2005

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

STARK CARPET CORPORATION,
PRESTIGE MILLS, INC. d/b/a
CONCEPTS INTERNATIONAL,
STEPHEN STARK, and
JOHN S. STARK,
Defendants,

By their attorneys:

Dated: August 31, 2005

/s/ David M. Magee
Richard S. Taffet, BBO #1721182
Victor H. Polk, Jr., BBO #546099
David M. Magee, BBO#652399
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Tel:    (617) 951-8000
Fax:    (617) 951-8736

Of Counsel:
Bennett D. Krasner, Esq. (bk 8375)
1233 Beech St. #49
Atlantic Beach, NY 11509
Tel: 516-889-9353

WSS/Asmara/Stark*/motion to continue and extend discovery deadline