UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASMARA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 04-10729-JLT |
| v. | * | |
| | * | |
| | * | |
| STARK CARPET CORPORATION, | * | |
| PRESTIGE MILLS, INC. d/b/a | * | |
| CONCEPTS INTERNATIONAL, | * | |
| STEPHEN STARK, and | * | |
| JOHN S. STARK, | * | |
| | * | |
| Defendants. | * | |

## ORDER

September 7, 2005

TAURO, J.

After the Further Conference held on September 6, 2005, the court hereby orders that:

1. The Parties are to appear for Trial on November 7, 2005 at 10:00 a.m.

    IT IS SO ORDERED.

                                                           /s/ Joseph L. Tauro
                                                      United States District Judge