UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STARK CARPET CORPORATION, )<br>PRESTIGE MILLS, INC. d/b/a/ )<br>CONCEPTS INTERNATIONAL, )<br>STEPHEN STARK and JOHN S. STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-10729-JLT |

EMERGENCY MOTION TO POSTPONE TRIAL

Defendants Stark Carpet Corporation, Prestige Mills, Inc. d/b/a Concepts International, Stephen Stark and John S. Stark ("Defendants") hereby move that this Court to postpone the date for trial of this action to an alternate date as early in 2006 as the Court's calendar may allow.

In support of this motion, Defendants state as follows:

1. This case is scheduled to begin trial before this honorable Court on November 7, 2005.  Pre-trial submissions are due to the Court on or before November 4, 2005, three days prior to the start of trial.

2. Defendants lead counsel in this action is Bennett D. Krasner ("Krasner") of the Law Offices of Bennett D. Krasner, 1233 Beech Street, No. 49 Atlantic Beach, New York 11509.

3. Krasner has been Defendants' representative at all depositions in this case and is currently engaged in settlement discussions with counsel for Plaintiff Asmara, Inc ("Asmara").

4. Today, October 28, 2005, Krasner was notified by his mother that her home in Del Ray Beach, Florida had just been condemned by officials from Palm Beach County as a result of damage suffered from Hurricane Wilma, and that she was being immediately forced to leave.

5. Krasner's mother is 72 years old, of ill-health and has limited mobility as a result of surgeries on both hips.

6. Defendants pray for relief from the currently scheduled trial so that Krasner may travel to Florida to assist his mother in securing alternate housing and moving any salvageable belongings.

7. An affidavit in support of this motion is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Defendants request the Court to postpone the current date for trial and pretrial submissions to an alternate date as early in 2006 as the Court's calendar may allow.

    Respectfully submitted,

    **STARK CARPET CORPORATION;**
    **PRESTIGE MILLS, INC.;**
    **STEPHEN STARK;**
    **JOHN STARK,**

    By their attorneys,

    /s/ David M. Magee                .
    Victor H. Polk, Jr., BBO #546099
    David M. Magee, BBO #652399
    **BINGHAM McCUTCHEN LLP**

150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000

Dated:  Boston, Massachusetts
October 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Defendants hereby certify that they have conferred with Bill Strong, counsel for the Plaintiff, Asmara, Inc. Mr. Strong indicated that he would seek his client's consent, but did not know whether he would be able to reach him. As of the filing of this motion, Defendants had not heard back from Mr. Strong.

/s/ David M. Magee            .
David M. Magee, BBO #652399

## CERTIFICATE OF SERVICE

The undersigned hereby affirms that the foregoing paper was electronically filed the with the Clerk of the Court using the ECF system and that he personally caused copies to be served upon the following attorneys of record:

William S. Strong
Amy C. Mainelli
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114

by email and United State Postal Service on the 28th day of October 2005.

/s/ David M. Magee            .
David M. Magee, BBO #652399

3