UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARK CARPET CORPORATION, PRESTIGE MILLS, INC. d/b/a/ CONCEPTS INTERNATIONAL, STEPHEN STARK and JOHN S. STARK <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10729-JLT |

### AFFIDAVIT OF BENNETT D. KRASNER

I Bennett D. Krasner of the Law Offices of Bennett D. Krasner do hereby depose and say:

1. I am a member of the Bar of the State of New York and am admitted Pro Hac Vice as counsel for Defendants Stark Carpet Corporation, Prestige Mills, Inc., Stephen Stark and John S. Stark (the "Defendants") in this case.

3. This case is scheduled to begin trial before this honorable Court on November 7, 2005.

4. Pre-trial submissions are due to the Court on or before November 4, 2005, three days prior to the start of trial.

5. I am lead counsel in this action and have been the Defendants' representative at all depositions and am currently engaged in settlement discussions with counsel for Plaintiff Asmara, Inc ("Asmara").

6. I was informed today, October 28, 2005, that my mother's home in Del Ray Beach, Florida has been condemned by officials from Palm Beach County as a result of damage suffered from Hurricane Wilma, and that my mother was being immediately forced to leave.

7. My mother is 72 years old, of ill-health and has limited mobility as a result of ~~numerous~~ hip surger~~ies~~y on both hips.

8. I pray for leave from the Court so that I may travel to Florida to assist my mother in securing alternate housing and moving any salvageable belongings.

Bennett D. Krasner

Dated:   October 28, 2005

2