# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ASMARA INC.,**
    **Plaintiff,**


    **V**                   **CA 04-10729-JLT**


**STARK CARPET CORP., et al**
   **Defendants.**


## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

    The court having been advised on January 18, 2006 by counsel for the parties that the above action has been settled:    **IT IS ORDERED** that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                  **Zita Lovett**
                                    **/s/**
                             _____
                                  **Deputy Clerk**

**January 18, 2006**