UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC.,                )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>STARK CARPET CORPORATION,)<br>PRESTIGE MILLS, INC. d/b/a    )<br>CONCEPTS INTERNATIONAL,  )<br>STEPHEN STARK, and        )<br>JOHN S. STARK,            )<br>                              )<br>    Defendants.            )<br>                              ) | Civil Action No. 04-10729-JLT |

### JOINT MOTION FOR ENLARGEMENT OF PERIOD
### TO FILE STIPULATION OF DISMISSAL

The parties to this action hereby request that the Court enlarge by fourteen (14) days the period set by its prior thirty-day Settlement Order of Dismissal, entered January 18, 2006, to permit the parties to execute a written settlement agreement and file a stipulation of dismissal.

As grounds for this motion, the parties state the following:

1. The parties notified the Court that they had reached a settlement of this matter and a thirty-day Settlement Order of Dismissal was entered on January 18, 2006.

2. Since that time, the parties have negotiated the language of a written settlement agreement, but circumstances including the business travel of some of the parties necessary to finalize the agreement have caused delay in executing a final settlement agreement.

3. The parties believe that they will be able to execute an appropriate settlement agreement and file a stipulation of dismissal of this action if the period set by the Court's Settlement Order of Dismissal is enlarged by fourteen (14) days. They therefore request that the period be enlarged accordingly.

WHEREFORE the parties respectfully request that the Court enlarge the period set by its Settlement Order of Dismissal so that the same shall expire at the close of business on March 3, 2006.

| | |
|---|---|
| ASMARA, INC., | STARK CARPET CORPORATION, PRESTIGE MILLS, INC. d/b/a CONCEPTS INTERNATIONAL, STEPHEN STARK, and JOHN S. STARK |
| Plaintiffs, | Defendants, |
| By its attorneys, | By their attorneys, |
| /s/ Amy C. Mainelli<br>William S. Strong, Esq., BBO #483520<br>Amy C. Mainelli, Esq., BBO #657201<br>KOTIN, CRABTREE & STRONG, LLP<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 227-7031<br>(617) 367-2988 (fax) | /s/ Victor H. Polk, Jr<br>Victor H. Polk, Jr., BBO #546099<br>David M. Magee, BBO #652399<br>Bingham McCutchen LLP<br>150 Federal St.<br>Boston, MA 02110<br>(617) 951-8000<br>(617) 951-8736 (Fax)<br><br>Of Counsel:<br><br>Bennett D. Krasner, Esq. (bk 8375)<br>1233 Beech St. #49<br>Atlantic Beach, NY 11509<br>Tel: 516-889-9353 |

**SO ORDERED:**

_____        _____
Date                                                              The Honorable Joseph L. Tauro
                                                                         United States District Judge